UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALL FUNDS UP TO $2,121,000.00 IN THE NAME OF TEXTIL TRADING UK LIMITED,<br>Defendant(s). | No. C 12-732 MEJ<br><br>**ORDER VACATING CMC** |

This matter is currently scheduled for a case management conference on May 31, 2012. As no joint statement has been filed and there have been no appearance since the initial complaint, the Court VACATES the conference and ORDERS Plaintiff to file a status report by June 14, 2012.

**IT IS SO ORDERED.**

Dated: May 25, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge