UNITED STATES DISTRICT COURT

Northern District of California

| UNITED STATES OF AMERICA, | No. C 12-732 MEJ |
|---|---|
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| ALL FUNDS UP TO $2,121,000.00 IN THE NAME OF TEXTIL TRADING UK LIMITED, | |
| Defendant. | |

On February 15, 2012, Plaintiff United States of America filed the above-captioned complaint. However, as no docket activity has occurred since that time, the Court ordered Plaintiff to file a status report by June 14, 2012. Dkt. No. 5. Plaintiff failed to respond. Accordingly, the Court hereby ORDERS Plaintiff United States of America to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by August 23, 2012. If Plaintiff files a responsive declaration, the Court shall either issue an order based on the declaration or conduct a hearing on September 6, 2012 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Plaintiff is hereby informed that the Court may dismiss the case without a hearing if Plaintiff fails to file a responsive pleading. Thus, it is imperative that Plaintiff file a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: August 6, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge