UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>   v.<br><br>ALL FUNDS UP TO $2,121,000.00 IN THE NAME OF TEXTIL TRADING UK LIMITED,<br><br>        Defendant.<br>_____/ | No. C 12-732 MEJ<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

On August 6, 2012, the Court ordered Plaintiff United States of America to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Dkt. No. 6. Having received the government's response, the order to show cause is DISCHARGED. The government shall file a status report every 30 days, until service has occurred and the case is ready to proceed.

**IT IS SO ORDERED.**

Dated: August 7, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge