UNITED STATES  DISTRICT COURT

Northern District of California

UNITED STATES OF AMERICA,                              No. C 12-732 MEJ

                  Plaintiff,                              **ORDER DISCHARGING ORDER TO SHOW CAUSE**

    v.

ALL FUNDS UP TO $2,121,000.00 IN THE
NAME OF TEXTIL TRADING UK
LIMITED,

                 Defendant.
_____/

On August 6, 2012, the Court ordered Plaintiff United States of America to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Dkt. No. 6.  Having received the government's response, the order to show cause is DISCHARGED. The government shall file a status report every 30 days, until service has occurred and the case is ready to proceed.

    **IT IS SO ORDERED.**

Dated: August 7, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California