UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>ALL FUNDS UP TO $2,121,000.00 IN THE NAME OF TEXTIL TRADING UK LIMITED, ACCOUNT #57411906582, AT STANDARD CHARTERED BANK HK LTD. AND PROCEEDS TRACEABLE THERETO,<br><br>   Defendant. | Case No.: 12-cv-00732-YGR<br><br>**ORDER OF REFERENCE TO MAGISTRATE JUDGE** |

Pursuant to Local Rule 72-1, this matter is **REFERRED** to a Magistrate Judge for a report and recommendation on the United States' Motion for a Default Judgment, filed on February 6, 2013 (Dkt. No. 15).

The parties will be advised of the date, time, and place of any appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED**.

Dated: February 14, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

cc:  Magref email; Assigned Magistrate Judge