UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALL FUNDS UP TO $2,121,000.00 IN THE NAME OF TEXTIL TRADING UK LIMITED, ACCOUNT #57411906582, AT STANDARD CHARTERED BANK HK LTD. AND PROCEEDS TRACEABLE THERETO, <br><br> Defendant. | No. CV 12-0732 YGR <br><br> [PROPOSED] DEFAULT JUDGMENT AND ORDER OF FORFEITURE |

UPON CONSIDERATION of the motion of the United States for a default judgment and the entire record, and based on the findings that (1) the United States provided proper notice to parties known to have an interest and by publication as required by Rule G(4), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supp. Rules"); and that (2) no valid claim has been filed for:

• All funds up to $2,121,000.00 in the name of Textile Trading UK Limited, Account #57411906582, at Standard Chartered Bank HK LTD.

(the "defendant funds"), it is by the Court on this _____ day of _____, 2013,

///

1    ORDERED, ADJUDGED AND DECREED that a default judgment be and hereby is
2 entered for the United States against the defendant funds and it is
3    FURTHER ORDERED, ADJUDGED AND DECREED that defendant currency be and
4 hereby is forfeited to the United States, pursuant to 18 U.S.C.§ 981(a)(1)(C), and that all right,
5 title and interest in said property be and hereby is vested in the United States of America; and it
6 is
7    FURTHER ORDERED that the United States Marshals Service shall dispose of the
8 forfeited defendant property according to law.

_____
HONORABLE YVONNE GONZALEZ ROGERS
United States District Judge

DEFAULT JUDGMENT AND ORDER OF FORFEITURE                                       2
CV 12-02703 YGR